An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE TERRY GRAHAM,
JUSTICE OF THE PEACE,
WADSWORTH JUSTICE COURT,
COUNTY OF WASHOE, STATE OF
NEVADA.

No. 63224

FILED

AUG 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on May 17, 2013, with the filing of a certified copy of Findings of Fact, Conclusions of Law, and Consent Order Imposing Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the fling of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently filed a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.
Pickering

cc:  Nevada Commission on Judicial Discipline
     Lemons, Grundy & Eisenberg
     Law Office of Tammy M. Riggs, PLLC

SUPREME COURT
OF
NEVADA

(O) 1947A

13-23168